IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) No. 3:16-cv-00490-TAV-CCS |
| ANTHONY AND GORDON CONSTRUCTION COMPANY, INC., RICHARD A. JUSTICE, individually, AND CONNIE C. JUSTICE, individually, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Great American Insurance Company hereby stipulates that the present action be dismissed WITHOUT PREJUDICE pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

DATED: December 16, 2016.

    Respectfully submitted,

    /s/ Michael I. Less
    Robert E. Craddock, Jr. (#005826)
    Michael I. Less (#008170)
    Amber D. Floyd (# 29160)
    WYATT, TARRANT & COMBS, LLP
    1715 Aaron Brenner Drive, Suite 800
    Memphis, TN 38120
    Telephone: (901) 537-1000
    Facsimile: (901) 537-1010
    rcraddock@wyattfirm.com
    mless@wyattfirm.com
    afloyd@wyattfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2016, a copy of the foregoing was filed electronically, notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

WYATT, TARRANT & COMBS, LLP

By: /s/ Michael I. Less

61575511.1